7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Bruce Douglas Swisshelm and Margaret M. Laughlin–Swisshelm
*Debtor*

*Bankruptcy Case No.*
12–60402–abf7

**Great Southern Bank**
    Plaintiff(s)

*Adversary Case No.*
12–06039–abf

v.

**Bruce Douglas Swisshelm**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That a nondischargeable judgment is hereby entered in favor of Great Southern Bank and against Defendant Bruce D. Swisshelm in the sum of $5,592,853.97. Each party shall bear their own costs and attorney's fees incurred to the date of the entry of this judgment



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 3/18/13

Court to serve